UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHRYN M. WOLFF, MD,
And DOUGLAS K. GROVE, MD

        Plaintiffs,

    v.                                          Case No. 2:22-cv-01117-PP

MEDICAL COLLEGE OF WISCONSIN
AFFILIATED HOSPITALS, INC.,
FROEDTERT HEALTH, INC., and
FROEDTERT & THE MEDICAL COLLEGE
OF WISCONSIN NETWORK, LLC.

        Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

       PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Kathryn M. Wolff, MD, and Douglas K. Grove, MD, by and through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed against Defendants Froedtert Health, Inc. and Froedtert & The Medical College of Wisconsin Network, LLC.

       This voluntary dismissal is based solely on representation by counsel for Defendants Froedtert Health, Inc. and Froedtert & The Medical College of Wisconsin Network, LLC, and will be without prejudice.

Dated: February 3, 2023                /s/ *Carol Lee Ferrero*
                                               Carol Lee Ferrero
                                               PACIFIC JUSTICE INSTITUTE
                                               9714 North Valley Hill Drive
                                               Mequon, Wisconsin 53092
                                               Phone: 262-227-7203
                                               cferrero@pji.org
                                               *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2023, I electronically filed the foregoing document with the Clerk of Court. Notice of this filing will be sent to the following by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

MICHAEL BEST & FRIEDRICH LLP

Farrah N.W. Rifelj
Leah N. Moon
One South Pinckney Street, Suite 700
Madison, WI 53703
Phone: 608.283.0110
fwnrifelj@michaelbest.com
lnmoon@michaelbest.com

VON BRIESEN & ROPER, S.C.

Doris E. Brosnan
411 E. Wisconsin Avenue, Suite 1000
Milwaukee, WI 53202
(414) 287-1405
dbrosnan@vonbriesen.com

/s/ *Carol Lee Ferrero*
Carol Lee Ferrero, #1041960
PACIFIC JUSTICE INSTITUTE
9714 North Valley Hill Drive
Mequon, Wisconsin 53092
Phone: 262-227-7203
cferrero@pji.org