IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

KATHRYN M. WOLFF, MD and
DOUGLAS K. GROVE, MD,

    Plaintiffs,

v.                                                          Case No. 2:22-CV-01117-PP

MEDICAL COLLEGE OF WISCONSIN
AFFILIATED HOSPITALS, INC.,

    Defendant.

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Civil L. R. 7(k), Defendant Medical College of Wisconsin Affiliated Hospitals, Inc. ("MCWAH" or "Defendant"), by its attorneys Michael Best & Friedrich LLP, hereby submits this Notice of Supplemental Authority, and states as follows:

1.     *Beickert v. New York City Dep't of Educ.*, No. 22-CV-5265(DLI)(VMS), 2023 WL 6214236, at *1 (E.D.N.Y. Sept. 25, 2023), is relevant to: (1) Argument Section I of Memorandum in Support of Defendant Medical College of Wisconsin Affiliated Hospitals, Inc.'s Motion to Dismiss Second Amended Complaint, ECF No. 31; (2) Section II.A of Reply Memorandum in Support of Motion to Dismiss Second Amended Complaint, ECF No. 33; and (3) Section II.B of Reply Memorandum in Support of Motion to Dismiss Second Amended Complaint, ECF No. 33. A copy of the case is attached hereto.

2.     *Bube v. Aspirus Hosp., Inc.*, No. 22-CV-745-JDP, 2023 WL 6037655 (W.D. Wis. Sept. 15, 2023), is relevant to: (1) Argument Section I of Memorandum in Support of Defendant Medical College of Wisconsin Affiliated Hospitals, Inc.'s Motion to Dismiss Second Amended

Complaint, ECF No. 31; and (2) Section II.A of Reply Memorandum in Support of Motion to Dismiss Second Amended Complaint, ECF No. 33. A copy of the case is attached hereto.

3. *Prida v. Option Care Enterprises, Inc.*, No. 5:23-CV-00905, 2023 WL 7003402 (N.D. Ohio Oct. 24, 2023), is relevant to: (1) Argument Section I of Memorandum in Support of Defendant Medical College of Wisconsin Affiliated Hospitals, Inc.'s Motion to Dismiss Second Amended Complaint, ECF No. 31; and (2) Section II.A of Reply Memorandum in Support of Motion to Dismiss Second Amended Complaint, ECF No. 33. A copy of the case is attached hereto.

Dated this 9th day of January, 2024.

**MICHAEL BEST & FRIEDRICH LLP**
Attorneys for Defendant Medical College of Wisconsin Affiliated Hospitals, Inc.

By: */s/ Farrah N.W. Rifelj*
   Farrah N.W. Rifelj
   Leah N. Toro

MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
Madison, WI 53703
Phone: 608.257.3501
Fax: 608.283.2275
Email: fnwrifelj@michaelbest.com
       leah.toro@michaelbest.com