UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATHRYN M. WOLFF and DOUGLAS K. GROVE,

        Plaintiffs,

  v.

        Case No. 22-cv-1117-pp

MEDICAL COLLEGE OF WISCONSIN AFFILIATED HOSPITALS, INC.,

        Defendant.

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR MEDIATION**

    At the request of the parties, dkt. no. 46, the court **ORDERS** that this case is referred to Magistrate Judge William E. Duffin for the purpose of mediation.

    The court **GRANTS** the parties request to amend the scheduling order, dkt. no. 46, and **ORDERS** that the defendant shall disclose the identities of expert witnesses, along with reports and supplementing document by the end of the day on April 18, 2025; the parties shall complete all discovery in this case by the end of the day on June 27, 2025; the parties shall file dispositive motions and/or <u>Daubert</u> motions by the end of the day on August 8, 2025.

    Dated in Milwaukee, Wisconsin this 23rd day of December, 2024.

        BY THE COURT:

        _____
        **HON. PAMELA PEPPER**
        **Chief United States District Judge**