# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**KATHRYN M. WOLFF and**
**DOUGLAS K. GROVE,**

                    **Plaintiffs,**

                                      **Case No. 22-CV-1117**

**vs.**

**MEDICAL COLLEGE OF WISCONSIN**
**AFFILIATED HOSPITALS, INC.,**

                      **Defendant.**

---

## COURT MINUTES OF TELEPHONIC STATUS CONFERENCE

---

### HONORABLE WILLIAM E. DUFFIN PRESIDING

| | |
|---|---|
| DATE: February 7, 2025 at 3:00 P.M. | DEPUTY CLERK: Linda Zik |
| TIME COMMENCED: 3:00 p.m. | TIME CONCLUDED: 3:28 p.m. |

Zoom Audio

APPEARANCES:
    Plaintiffs: Carol Lee Ferrero
    Defendant: Farrah N.W. Rifelj

**COMMENTS:**

Mediation set for February 13, 2025, is CANCELED. Case is no longer referred to Magistrate Judge Duffin. If the parties would like to proceed with mediation at a later date, they can request the case be referred back to this court.